UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
NEW YORK STATE TEAMSTERS CONFERENCE
PENSION & RETIREMENT FUND, by its Trustees,
John Bulgaro, Gary Staring, Ronald G. Lucas,
Daniel W. Schmidt, Michael S. Scalzo, Sr.,
Fredrick J. Carter and Tom J. Ventura,

and

NEW YORK STATE TEAMSTERS COUNCIL
HEALTH & HOSPITAL FUND, by its Trustees,
John Bulgaro, Gary Staring, Ronald G. Lucas,
Daniel W. Schmidt, Michael S. Scalzo, Sr.,
Fredrick J. Carter and Tom J. Ventura,

Plaintiffs,

-vs-

LANE CONSTRUCTION CORPORATION,

Defendant.

STIPULATION AND ORDER
OF DISMISSAL

Civil Case No.: 5:08-CV-0157
(NPM)(DEP)

**SO ORDERED**

/s/ Neal P. McCurn
NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 5/20/08
Syracuse, New York

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action be and the same is hereby dismissed with prejudice and without costs or attorneys' fees assessed against either party.

**PARAVATI, KARL, GREEN & DEBELLA**

/s/ Vincent M. DeBella
Vincent M. DeBella (101465)
Attorneys for Plaintiffs
12 Steuben Park
Utica, NY 13501
Tel. No.: 315-735-6481
Fax No.: 315-735-6406
Email: vdebella@pkgdlaw.com

**ROBINSON & COLE, LLP**

/s/ David J. Burke
David J. Burke (DB-1793)
Attorneys for Defendant
885 Third Avenue - Ste. 2800
New York, NY 10022-4834
Tel. No.: 212-451-2900
Fax No.: 212-451-2999
Email: dburke@rc.com